1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONKAR SINGH, | CASE NO. 2:23-CV-00625-DJC-DB |
| Petitioner, | STIPULATION AND ORDER FOR REMAND PURSUANT TO 8 U.S.C. § 1447(b) |
| v. | |
| ALEJANDRO MAYORKAS, ET AL., | |
| Respondents. | |

    This is an immigration case in which Plaintiff alleges that Defendants have failed to make a determination on his application for naturalization within 120 days as required by statute. 8 U.S.C. § 1447(b). The parties stipulate to a remand to U.S. Citizenship and Immigration Services with instructions to adjudicate the matter within 14 days of the order of remand, without prejudice, and without fees or costs to either party.

///
///
///
///
///
///

1

Respectfully submitted,

Dated: May 7, 2023					PHILLIP A. TALBERT
							United States Attorney

						By:	/s/ ELLIOT C. WONG
							ELLIOT C. WONG
							Assistant United States Attorney


							/s/ BART KLEIN
							BART KLEIN
							Counsel for Plaintiff

ORDER

Pursuant to 8 U.S.C. § 1447(b), U.S. Citizenship and Immigration Services is ordered to adjudicate the naturalization application within 14 days, without prejudice, and without fees or costs to either party.

Dated: May 8, 2023					/s/ Daniel J. Calabretta
							THE HONORABLE DANIEL J. CALABRETTA
							UNITED STATES DISTRICT JUDGE